| ALL STAR EAST PROPERTIES, L.L.C. | * | NO. 2025-CA-0514 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| ROMY SCHOFIELD-SAMUEL, DIRECTOR OF FINANCE FOR THE CITY OF NEW ORLEANS | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**SCJ** **JENKINS, J., CONCURS AND ASSIGNS REASONS**

I agree with the majority that a writ of mandamus is not the appropriate legal mechanism to seek relief under the facts and circumstances of this case. However, I write separately to note that the property subject to dispute in this case results from an online auction of adjudicated property, not a tax sale. Accordingly, any relief afforded is subject to review by the applicable statutes and ordinances involving the sale of adjudicated properties.